IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 12 2001

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

| | |
|---|---|
| ELLIS FOSTER, Individually, and on behalf of the ESTATE OF EDDIE BAGBY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LARRY NORRIS, individually, and in his official capacity as Director of the Arkansas Department of Corrections as warden of the Wrightsville Unit, TOMMY ROCHELLE, individually, and in his official capacity as administrator at the boot camp, SGT. RICHARD WINTERS, individually, and in his capacity as drill instructor for the Wrightsville Unit, and SGT. JOHN BROADWAY, individually, and in his official capacity, Arkansas Department of Corrections,<br><br>Defendants. | No. 4:99CV733 JWC |

### *PLAINTIFF'S DESIGNATION OF MATERIALS RELIED UPON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*

Comes now the Plaintiff, by counsel, and designates the following materials being relied upon in their opposition to Defendants' Motion for Summary Judgment:

1. Deposition of John Broadway

2. Deposition of Tommy Rochelle

3. Deposition of Richard Winters

4. Deposition of Cyril Wecht, M.D.

5. Deposition of James Zimmerly, M.D.

6. Deposition of Woodhall Stopford, M.D.

7. Deposition of Mark Lester

8. Deposition of Leroy Walker

9. Deposition of Robert Wiley

10. Deposition of Rita Star

11. Deposition of Roderick Sterling

12. Deposition of Perry Bishop

13. Deposition of Harold Roberts

14. Deposition of Terrell Perry

15. Deposition of Don Cates

16. Deposition of John Byus

17. Deposition of Rebecca Johnston

18. Deposition of David Fort

19. Deposition of Aaron Theodore

20. Deposition of Jerry Bowling

21. Deposition of Steven Williams

22. Deposition of Larry Norris

23. Deposition of Clifford Terry

24. Deposition of Clay Sides

25. Deposition of Earl Matson

26. Deposition of Dr. Erickson

27. Emergency room records of Southwest Medical Hospital

28. Arkansas Administrative Regulation 888

29. Arkansas Administrative Directive 97-01 on the Use of Force

30. Arkansas Administrative Regulation 409 on Use of Force

31. Arkansas Administrative Directive 410 on the Use of Chemical Agents

32. Arkansas Administrative Regulation 225

33. Eddie Bagby's Arkansas Department of Corrections file which includes his past medical history

34. Supplemental Affidavit of Dr. Woodhall Stopford

35. Medical records of Southwest Hospital

36. Ambulance records of Bagby

37. ADC medical records of Bagby

38. Supplemental affidavit of James Zimmerly, M.D.

39. ADC Cap-Stun Lesson Plan

40. Boot Camp Policy 34.91

41. Boot Camp Pepper Spray Policy 55.91

42. Complaint for Damages of the Plaintiff

43. Answer to Complaint for Damages by the Defendants

44. Request for Admission Responses of John Broadway

45. Request for Admission Responses of Tommy Rochelle

46. Amended Request for Admission Responses of Richard Winters

47. Request for Admission Responses of Larry Norris

48. Request for Admission Responses of Clifford Terry

49. Answers to Interrogatories of John Broadway

50. Answers to Interrogatories of Richard Winters

51. Answers to Interrogatories of Tommy Rochelle

52. Answers to Interrogatories of Larry Norris

53. Answers to Interrogatories of Clifford Terry

54. Arkansas State Police diagram

55. Critical Incident Review Report and attachments in file

56. Statement of Cherylene Resnick

57. Deposition of Cherylene Resnick

58. Deposition of Sgt. Ekenseair

59. Deposition of Tamara Reed

60. 005 Form - Pepper Spray Incident of August 31, 1998

61. 005 Forms – (Broadway and Bowling) - Pepper Spray Incident of March 4, 1998

62. All exhibits attached to any of the above depositions

63. 005 Form – Pepper Spray Incident March 9, 1999

The Plaintiff has filed with the court seven (7) volumes of bound records that set forth the above documents for its Designation of Materials Relied On in Opposition to Defendant's Motion.

Respectfully submitted,

ROWE & HAMILTON

Timothy A. Rowe

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been served by first class United States mail, postage prepaid, this __11th__ day of April, 2001, to the following:

Michelle Banks Odum
Arkansas Attorney General's Office
Catlett-Prien Tower Bldg.
323 Center Street, Suite 200
Little Rock, AR  72201-2610

Ralph Cloar, Jr.
Attorney at Law
1501 N. University, Suite 640
Little Rock, Arkansas  72207-5235

4

Pamela D. Brogdon
1014 West Third Street
Little Rock, AR 72201

_____
Timothy A. Rowe


ROWE & HAMILTON
600 Victoria Centre
22 East Washington Street
Indianapolis, IN 46204
(317) 632-2524
Attorney No. 6554-49